# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 05 CR 731-3 |
| | ) | |
| v. | ) | Judge Conlon |
| | ) | |
| EARL BELL, | ) | Magistrate Judge Cole |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On January 24, 2006, the presiding district judge entered judgment in favor of the plaintiff and against the defendant, Earl Bell, in the amount of $341,883. As of December 8, 2009, the defendant owed a balance of $338,837 on the judgment. I find that the United States has complied with the requirements of 18 U.S.C. §3613, and that it is entitled to have paid over to it 15% of the defendant's gross wages for each pay period since the citation was served and continuing each pay period, until the balance of the judgment is paid in full. Accordingly, I respectfully recommend that a turnover order be entered in the form attached to the United States' motion, directing defendant, Earl Bell, to pay the United States a sum equal to 15% of the defendant's gross wages for each pay period since the citation was served and continuing each pay period, until the judgment debt is paid in full or until further order of court.

Specific written objections to this report and recommendation may be served and filed within 14 business days from the date that this order is served. Rule 72(b), Federal Rules of Civil Procedure. Failure to file objections with the District Court within the specified time will result in

a waiver of the right to appeal all findings, factual and legal, made by this Court in the report and recommendation. *See Video View, Inc. v. Studio 21 Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTERED: _____
UNITED STATES MAGISTRATE JUDGE

DATE: December 15, 2009