# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 CR 731-3 | **DATE** | 1/11/2010 |
| **CASE TITLE** | UNITED STATES OF AMERICA v. EARL BELL | | |

**DOCKET ENTRY TEXT**

No objections having been filed, the court adopts the magistrate judge's recommendation [94] that the United States' motion for a turnover order [86] be granted. The United States shall submit a proposed turnover order.

*Suzanne B. Conlon*

■ [ For further detail see separate order(s).]  Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | air |
|---|---|---|